NUMBER
13-06-312-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_______________________________________________________

 

JOSEPH MADUABUCHI OKORO,                                 Appellant,

 

                                           v.

 

CHIOMA OKORO,                                                     Appellee.

________________________________________________________

 

  On appeal
from the 98th District Court of Travis County,
Texas.

_______________________________________________________


 

                     MEMORANDUM
OPINION

 

   Before
Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum
Opinion Per Curiam

 








Appellant, JOSEPH MADUABUCHI OKORO, perfected an appeal
from a judgment entered by the 98th District Court of Travis County, Texas, in cause number D-1-FM-02-000753.  After the clerk=s record was filed, appellant filed a motion to
dismiss the appeal.  In the motion,
appellant states that he no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 

PER CURIAM

Memorandum Opinion
delivered and

filed this the 20th day of July, 2006.